No. 805. WOODRING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Arthur T. Bridgett* and *Thomas M. Jenkins* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 809. GOLDBERG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Solicitor General Cox* for the United States.

No. 811. TENNANT, ALIAS ENGLE *v.* SHRIVER, TRUSTEE IN BANKRUPTCY. C. A. 6th Cir. Certiorari denied. *Ernestine B. Powell* for petitioner. *Leonard A. Weakley* for respondent.

No. 812. THOMERSON *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *James H. Bateman* and *William C. Wilson* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent.

No. 816. WAITE *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Thomas Keister Greer* for petitioner.

No. 818. SCOTT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *David L. Rose* for the United States.

No. 823. McGAVIC *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Frank E. Haddad, Jr.,* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.